**Reymundo GUTIERREZ, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 28961.

Court of Criminal Appeals of Texas.

April 17, 1957.

No attorney for appellant of record on appeal.

Henry Wade, Dist. Atty., George P. Blackburn, Asst. Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

## PER CURIAM.

Driving, while intoxicated, upon a public highway is the offense, with punishment assessed at three days in jail and a fine of $100.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.